**MATTHEWS LAW FIRM, INC.**
A LAW CORPORATION
2522 CHAMBERS ROAD, SUITE 100
TUSTIN, CALIFORNIA  92780

TELEPHONE (714) 647-7110
TELECOPIER (714) 647-5558
Email: aem@matthewsfirm.net

September 23, 2022

**By ECF**

Hon. Ronald S.W. Lew
United States District Judge
Central District of California
United States Courthouse
350 West First Street, Suite 4311
Los Angeles, California 90012

   Re: *RLI Insurance Company et al v. Harvest King Trading USA, et al*
      22-cv-03173-RSWL-AS
      Our File: 6428

Dear Judge Lews,

  We represent the Plaintiffs in the captioned matter and write pursuant to Your Honor's 02 September 2022 Order, Docket Entry 26, referring this case to ADR Procedure No. 2, instructing thee parties to obtain the consent of a neutral on the Court Mediation Panel, and directing the parties to file a Stipulation Regarding Selection of Panel Mediator, Form ADR-2 by Friday, September 23, 2022.

  The Parties have agreed to appoint Andrew D. Kehagiaras and obtained his consent to serve as mediator. The Parties are still working out their availability to schedule the mediation, and are currently looking at dates between October 4 and October 25, 2022. As such, the Parties hereby respectfully request to file their Form ADR-2 stipulation with the Court next Friday, September 30, 2022. We thank your Honor for considering this request, the first of its kind.

        Very truly yours,

        MATTHEWS LAW FIRM, INC.

        *s/ Arturo E. Matthews, Jr.*

        Arturo E. Matthews, Jr.