## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

RLI INSURANCE COMPANY et al.,

v.                                    Plaintiff(s)

HARVEST KING TRADING USA LIMITED et al.,

                                      Defendant(s).

CASE NUMBER:

2:22-cv-03173-RSWL-AS

**NOTICE OF
MEDIATION DATE**

**YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE**

for  January 10, 2023          at  9:00      ☑a.m. / ☐p.m.

**LOCATION:**  Teams video conference

---

**The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.**

---

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

**Dated:**  November 10, 2022

**Panel Mediator:**  Andrew D. Kehagiaras

**Address:**  100 West Broadway, Suite 660

Long Beach, CA 90802

adk@tradeandcargo.com

**Phone:**  (310) 642-9800 ext. 3