# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RLI Insurance Company et al <br><br> v. <br><br> Harvest King Trading USA, Limited et al <br><br> PLAINTIFF(S) <br> DEFENDANT(S). | **CASE NUMBER** <br><br> 2:22-cv-03173 RSWL(ASx) <br><br> **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

__February 27, 2023__  
Date

Dale S. Fischer  
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____  
Date

_____  
United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case __2:22-cv-02687 DSF(JEMx)__ and the present case:

- [ ] A. Arise from the same or closely related transactions, happenings or events; or
- [x] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [x] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge __NA__ to Magistrate Judge __NA__.

On all documents subsequently filed in this case, please substitute the initials __DSF__ after the case number in place of the initials of the prior judge, so that the case number will read __2:22-cv-03173 DSF(ASx)__. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [ ] Previous Judge   [ ] Statistics Clerk  
CV-34 (03/21)   ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (Related Cases)