Lawrence C. Ecoff, Esq. SBN 143814
Alberto J. Campain, Esq. SBN 204068
**ECOFF CAMPAIN TILLES & KAY, LLP**
A Limited Liability Partnership
280 South Beverly Drive, Suite 504
Beverly Hills, California 90212
Telephone:  (310) 887-1850
Facsimile:  (310) 887-1855
E-mail:  ecoff@ecofflaw.com
              campain@ecofflaw.com

Attorneys for Defendant
HARVEST KING TRADING USA, LIMITED,
A California corporation



# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RLI INSURANCE COMPANY a/s/o Seafood Doctor, Inc., and SEAFOOD DOCTOR, INC.,<br><br>          Plaintiffs,<br>     v.<br><br>HARVEST KING TRADING USA, LIMITED, COASTAL CORPORATION, LTD., and ORIENT OVERSEAS CONTAINER LINE LIMITED,<br><br>          Defendants. | Case No. 2:22-CV-03173-DSF-AS<br><br>**DECLARATION OF ALBERTO J. CAMPAIN RE COMPLIANCE WITH ORDER CONDITIONALLY GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD (DKT. 43)**<br><br>Complaint filed:   May 10, 2022<br>Trial Date:           October 17, 2023 |

1
**DECLARATION OF ALBERTO J. CAMPAIN RE COMPLIANCE WITH ORDER**

# DECLARATION OF ALBERTO J. CAMPAIN

I, Alberto J. Campain, hereby declare:

1. I am an attorney at law, duly licensed to practice before all the courts of the State of California. I am a partner at Ecoff Campain Tilles & Kay, LLP, counsel of record for defendant Harvest King Trading USA, Limited. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to those facts.

2. I submit this declaration in compliance with the Order Conditionally Granting Motion to Withdraw As Counsel of Record (Dkt. 35) brought by Lawrence C. Ecoff, Esq., Alberto J. Campain, Esq., and the law firm of Ecoff Campain Tilles & Kay, LLP (collectively "Ecoff Firm"). Attached hereto as Exhibit "A" is true and correct copy of the Order.

3. The current addresses and phone numbers for Harvest King Trading USA, Limited, verified as accurate on February 22, 2023 via a telephone call with Thomas Jau, are 725 W. Duarte Road, #1581, Arcadia, CA 91007, (626) 893-3699.

4. This declaration hereby informs Harvest King Trading USA, Limited and all attorneys of record that the stated address will be the address to which all future documents will be served or sent until changed by appropriate notice or substitution of attorney;

5. This declaration hereby informs Harvest King Trading USA, Limited of all future dates now set in this action, including, but not limited to, pre-trial conference related dates, discovery cut-off dates, the motion cut-off date, and dates relating to any pending discovery obligations:

| | |
|---|---|
| Discovery Cut-Off | March 6, 2023 |
| Last day to file motions | July 3, 2023 |
| Trial Documents (Set One) | April 24, 2023 |
| Expert Disclosures Cut-Off | April 5, 2023 |

2
**DECLARATION OF ALBERTO J. CAMPAIN RE COMPLIANCE WITH ORDER**

| Expert Rebuttal Cut-Off | May 5, 2023 |
|---|---|
| Expert Cut-Off | June 5, 2023 |
| Final Pretrial Conference | September 12, 2023 10:00 a.m. |
| Jury Trial (2-3 day est.) | October 17, 2023 9:00 a.m. |

6. This declaration hereby informs Harvest King Trading USA, Limited that it cannot appear without counsel, and of the consequences of its failure timely to obtain counsel. See Local Rule 83-2.2.2.

7. This declaration hereby informs Harvest King Trading USA, Limited that its case file may be picked up from Ecoff Campain Tilles & Kay, LLP, 280 S. Beverly Drive, Suite 504, Beverly Hills, CA 90212.

8. This declaration hereby informs Harvest King Trading USA, Limited that:

Although the individual clients are proceeding pro se, i.e., without legal representation, they nonetheless are required to comply with Court orders, the Local Rules, and the Federal Rules of Civil Procedure.  See C.D. Cal. L.R. 83-2.2.3.  The Local Rules are available on the Court's website, http://www.cacd.uscourts.gov/court-procedures/ local-rules.

The Court cannot provide legal advice to any party, including pro se litigants, i.e., parties who are not represented by a lawyer.  There is a free "Pro Se Clinic" that can provide information and guidance about many aspects of civil litigation in this Court.

Parties in court without a lawyer are called "pro se litigants."  These parties often face special challenges in federal court.  Public Counsel runs a free Federal Pro Se Clinic where pro se litigants can get information and guidance.  The Clinic is

3
**DECLARATION OF ALBERTO J. CAMPAIN RE COMPLIANCE WITH ORDER**

1  located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los
2  Angeles, CA 90012 (note that the clinic may not be open for in-person appointments
3  during the pandemic).  Pro se litigants must call or submit an on-line application to
4  request services as follows: on-line applications can be submitted at
5  http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.

6      Individual pro se litigants may submit documents for filing through the
7  Court's Electronic Document Submission System (EDSS) instead of mailing or
8  bringing documents to the Clerk's Office.  Only internet access and an e-mail
9  address are required.  Documents are submitted in PDF format through an online
10 portal on the Court's website.  To access EDSS and for additional information, visit
11 the Court's website at https://apps.cacd.uscourts.gov/edss.

12     Attorneys may not use EDSS to submit documents on behalf of their clients.
13 Attorneys are required by the local rules to file documents electronically using the
14 Court's CM/ECF System

15     9.    Proof of Service this Declaration and Order Conditionally Granting
16 Motion to Withdraw As Counsel of Record (Dkt. 43)

17     I declare under penalty of perjury under the laws of the State of California
18 that the foregoing is true and correct.

19     Executed on March 1, 2023, at Beverly Hills, California.

                                     */s/ Alberto J. Campain*
                        ALBERTO J. CAMPAIN

**DECLARATION OF ALBERTO J. CAMPAIN RE COMPLIANCE WITH ORDER**

**PROOF OF SERVICE**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES
*RLI Insurance Company, et al. v. Harvest King Trading USA, Limited, et al.*, Case No. 2:22-cv-03173-DSF-AS

      I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 280 South Beverly Drive, Suite 504, Beverly Hills, California 90212. On **March 1, 2023**, I served the forgoing document(s), described as **DECLARATION OF ALBERTO J. CAMPAIN RE COMPLIANCE WITH ORDER CONDITIONALLY GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD (DKT. 43)** on all interested parties to this action, as follows:

☒ **BY MAIL:** By placing ☐ the original ☒ a true and correct copy of said document(s) in a sealed envelope(s) addressed as set forth on the service list herein, sealing it, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the business' practice of collection and processing correspondence for mailing with the United States Postal Service (USPS). Under that practice, it would be deposited with the USPS in Beverly Hills, California, on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT MAIL:** By placing a true and correct copy of said document(s) in an envelope(s) designated by an express service carrier for overnight delivery, with delivery fees and postage prepaid, addressed as set forth on the service list herein, sealing it, and causing it to be deposited on that same day in a box or other facility regularly maintained by the carrier.

☐ **BY PERSONAL SERVICE:** By placing a true and correct copy of said document(s) in an envelope(s) addressed as set forth on the service list herein, sealing it, and delivering by hand to the addressee(s).

☐ **BY EMAIL:** Under statute, rule or court order, or by agreement, by emailing said document(s) to the person(s) as set forth on the service list herein.

☐ **BY FACSIMILE:** Under statute, rule or court order, or by agreement, by faxing said document(s) to the person(s) as set forth on the service list herein.

☐ **BY NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) said document(s) will be served by the Court via NEF and hyperlink to the document(s) or by electronically filing the document(s) on the Court's ECF system.

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the UNITED STATES OF AMERICA that the foregoing is true and correct.

**SERVICE LIST:**

Harvest King Trading USA, Limited
Attn: Thomas Jau
725 W. Duarte Road, #1581
Arcadia, CA 91007

Dated: March 1, 2023                     /s/ Stacy Aguero
                                                                Stacy Aguero