**EXHIBIT "A"**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RLI INSURANCE COMPANY, etc., et al.,<br><br>　　　Plaintiffs,<br><br>　　　　v.<br><br>HARVEST KING TRADING USA, LIMITED, etc., et al.,<br><br>　　　Defendants. | CV 22-3173 DSF (JEMx)<br><br>ORDER CONDITIONALLY GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD (DKT. 35) |

　　　The motion to withdraw as counsel was filed on January 20, 2023. Plaintiff filed an opposition. The Court has not received any pleadings or communications from Defendants.

　　　Good cause has been shown. Therefore, the Court grants the motion effective on the date that moving counsel files and serves – on the clients and all attorneys of record – a declaration (in the form specified in 28 U.S.C. § 1746) that:

　　　(1) Sets forth the clients' current addresses and telephone numbers recently verified as accurate by the withdrawing counsel;

　　　(2) Informs the clients and all attorneys of record that the stated addresses will be the address to which all future documents

will be served or sent until changed by appropriate notice or substitution of attorney;

(3) Informs the clients of all future dates now set in this action, including, but not limited to, pre-trial conference related dates, discovery cut-off dates, the motion cut-off date, and dates relating to any pending discovery obligations;

(4) Informs any individual client that any individual appearing <u>pro se</u> will be required to comply with this Court's standing orders, this District's Local Rules, the Federal Rules of Civil Procedure and all other Federal Rules;

(5) Informs any client organization (corporation, unincorporated association, partnership, trust, etc.) that it cannot appear without counsel, and of the consequences of its failure timely to obtain counsel. <u>See</u> Local Rule 83-2.2.2;

(6) Informs the clients when and where the clients may obtain the clients' case file, if it is not already in the clients' possession;

(7) Informs the clients of the following:

Although the individual clients are proceeding *pro se*, *i.e.*, without legal representation, they nonetheless are required to comply with Court orders, the Local Rules, and the Federal Rules of Civil Procedure. *See* C.D. Cal. L.R. 83-2.2.3. The Local Rules are available on the Court's website, http://www.cacd.uscourts.gov/court-procedures/ local-rules.

The Court cannot provide legal advice to any party, including *pro se* litigants, *i.e.*, parties who are not represented by a lawyer. There is a free "*Pro Se Clinic*" that can provide information and guidance about many aspects of civil litigation in this Court.

2

Parties in court without a lawyer are called "pro se litigants." These parties often face special challenges in federal court. Public Counsel runs a free Federal Pro Se Clinic where pro se litigants can get information and guidance. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic). Pro se litigants must call or submit an on-line application to request services as follows: on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.

Individual *pro se* litigants may submit documents for filing through the Court's Electronic Document Submission System (EDSS) instead of mailing or bringing documents to the Clerk's Office. Only internet access and an e-mail address are required. Documents are submitted in PDF format through an online portal on the Court's website. To access EDSS and for additional information, visit the Court's website at https://apps.cacd.uscourts.gov/edss.

Attorneys may not use EDSS to submit documents on behalf of their clients. Attorneys are required by the local rules to file documents electronically using the Court's CM/ECF System.

(8) Informs any client corporation, unincorporated association, partnership, or trust that failure of the client to appear through counsel no later than April 3, 2023 will result in the striking of the entity's answer and entry of its default.

Counsel must also provide a proof of service of this Order and the required declaration.

Failure to comply with the above requirements by March 8, 2023 will result in the denial of the motion.

Effective on the date counsel complies with this Order, the individual clients will represent themselves, and the docket will be amended to reflect the address for the clients as described in counsel's declaration.

IT IS SO ORDERED.

Date: March 1, 2023

Dale S. Fischer
United States District Judge

4