JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RLI INSURANCE COMPANY a/s/o Seafood Doctor, Inc., and SEAFOOD DOCTOR, INC., <br><br> Plaintiffs, <br><br> -v- <br><br> HARVEST KING TRADING USA, LIMITED, COASTAL CORPORATION, LTD., and ORIENT OVERSEAS CONTAINER LINE LIMITED, <br><br> Defendants. | Case No. 2:22-CV-03173 <br><br> Assigned to the Hon. Dale S. Fischer <br><br> **ORDER GRANTING JOINT STIPULATED DISMISSAL OF ENTIRE ACTION** |
| COASTAL CORPORATION LTD., <br><br> Cross-Claimant, <br><br> -v- <br><br> HARVEST KING TRADING USA, LIMITED; THOMAS JAU; PAK LAM, LAM LAM; ORIENT OVERSEAS CONTAINER LINE LIMITED; ROES 1-10, INCLUSIVE, <br><br> Cross-Defendants. | Complaint Filed:    May 10, 2022 <br> Pretrial Conference: July 22, 2024 <br> Trial:              August 20, 2024 |

## ORDER

Plaintiffs RLI INSURANCE COMPANY a/s/o Seafood Doctor, Inc., and SEAFOOD DOCTOR, INC. ("Plaintiffs") and Defendants ORIENT OVERSEAS CONTAINER LINE LIMITED and COASTAL CORPORATION LTD. ("Defendants"), having fully resolved the claims in this litigation, filed a Joint Stipulation of Dismissal with Prejudice of the entire action on March 26, 2024. The Complaint, Counterclaim and entire action herein has been completely and wholly resolved between the Parties and a formal settlement agreement has been executed by all parties.

No further proceedings are needed or contemplated by the Parties. This litigation being fully resolved, the Court hereby order dismissal with prejudice of the entire action.

IT IS SO ORDERED.

DATED: March 28, 2024

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE